UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JO KITTOK,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN Q. HAMMONS HOTEL MANAGEMENT, LLC, A Missouri Limited Liability Company, and DOES 1 through 100, inclusive<br><br>                Defendants. | Case No.: 2:08 CV-01888 JAM KJM<br><br>**ORDER DISMISSING CASE** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated:  October 30, 2008        /s/ John A. Mendez_____
                                                 UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com